**THE AMIN LAW GROUP, NV. LTD.**
Ismail Amin, Esq. (State Bar No. 9343)
Lawrence Kulp, Esq. (State Bar No. 7411)
Cyrus Safa, Esq. (State Bar No. 13241)
3960 Howard Hughes Parkway, Fifth Floor
Las Vegas, NV 89169
Telephone: 702.990.3583
Facsimile: 702.990.3501

Attorneys for Plaintiff DAVID OANCEA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID OANCEA, an individual, | Case No. 2:15-cv-00425-JCM-NJK |
| Plaintiff, | **DEFAULT JUDGMENT AGAINST DEFENDANT ANGELINA PAVEL** |
| vs. | |
| ANGELINA PAVEL, an individual; and DOES 1-10, inclusive; | |
| Defendants. | |

## DEFAULT JUDGMENT

The Defendant, ANGELINA PAVEL, having failed to appear, plead, or otherwise defend in this action; default having been entered on May 7, 2015; counsel for Plaintiff, DAVID OANCEA, having requested judgment against the defaulting Defendant, ANGELINA PAVEL, and having filed a proper motion and affidavit (declaration) in accordance with FRCP 55(a) and (b) [Document No. 10];

Pursuant to the Court's order granting the motion for default judgment filed by Plaintiff, DAVID OANCEA [Document No. 14], judgment is hereby entered in favor of Plaintiff, DAVID OANCEA, and against Defendant, ANGELINA PAVEL, as follows: the sum of EIGHT HUNDRED AND SIX THOUSAND DOLLARS ($806,000.00), plus costs as taxed by the Clerk, such judgment to bear interest at the legal rate until satisfied.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

DATED: __July 29_____, 2015